IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JORDAN WALL and CRYSTAL WALL                                                PLAINTIFFS

v.                              No. 4:14-cv-343-DPM

BANK OF AMERICA, NA                                                          DEFENDANT

## JUDGMENT

This case is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 July 2015